## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

### DEPOSIT OF UNCLAIMED FUNDS

| In re: | Bankruptcy Case Number |
|---|---|
| SEAN F. WELCH and<br>JAIME A. WELCH,<br><br>　　　　　Debtors. | 10-20394 JTM<br><br>[Chapter 7] |

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

The check listed below represents small dividends payable to the court pursuant to Bankruptcy Rule 3010.

**CREDITOR & ADDRESS (last known)**　　　　　　　　　　**CHECK AMOUNT**

America First Federal Credit Union　　　　　　　　　　　　$4.12
P.O. Box 9199
Ogden, UT  84409-0199

The address listed above constitutes the last known address in question. The check in the amount of $4.12 represents said unclaimed funds and is payable to the U.S. Bankruptcy Court.

DATED this ___ day of September, 2011.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Duane H. Gillman, Trustee

SLC_930326.1